UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>       v.<br><br>$100,000 IN UNITED STATES<br>CURRENCY, MORE OR LESS<br><br>            Defendant. | ) **FILED EX PARTE AND UNDER SEAL**<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>**05-11525 WGY** |

## MOTION TO IMPOUND

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves to seal, pursuant to Local Rule 7.2, this Motion to Impound and the following documents filed herewith except as to employees, contract employees, and agents of the United States Attorney's Office for the District of Massachusetts, and any law enforcement officers involved in the investigation:

1. Verified Complaint for Forfeiture In Rem, including the attached affidavit; and

2. Warrant and Monition.

The United States requests that any such Order not preclude disclosure of such documents by employees, contract employees, and agents of the United States Attorney's Office for the District of Massachusetts, any law enforcement officers involved in the investigation, or the United States Marshal for the District of Massachusetts or his officers and agents, as necessary to comply with Orders of this Court.

As required by Local Rule 7.2, this Motion is supported by good cause, as detailed in the Verified Complaint for Forfeiture <u>in Rem</u> and accompanying affidavit of Patrick B. Dorsey, Special Agent of the United States Drug Enforcement Agency, because the Complaint and corresponding Affidavit contain information relevant to an ongoing investigation and disclosure of this information may compromise the investigation before it can be concluded. The requested impoundment is intended only to preserve the <u>status quo</u> until the ongoing investigation is complete, which is expected to occur at the end of August 2005.

WHEREFORE, the United States respectfully requests that this Court impound this Motion and the items listed herein until further Order of the Court.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By: _____
     Jennifer H. Zacks
     Assistant U.S. Attorney
     1 Courthouse Way, Suite 9200
     Boston, MA  02210
     (617) 748-3100

Dated: 7/19/05

APPROVED AND SO ORDERED:

_____
United States District Judge
Date: _____, 2005