UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>        v.<br><br>$100,000 IN UNITED STATES CURRENCY,<br>MORE OR LESS<br>        Defendant. | ) **FILED EX PARTE AND UNDER SEAL**<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>**05-11525 WGY** |

### WARRANT AND MONITION

To:  The United States Marshal for the District of Massachusetts, or his Deputies

<u>We Command You</u> that you give notice to all persons concerned that a Verified Complaint for Forfeiture <u>In</u> <u>rem</u> ("Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the defendant $100,000 in United States Currency ("Defendant Currency"), pursuant to Title 21, United States Code, Section 881(a)(6).

This Court has found probable cause for forfeiture. Accordingly, you are hereby directed to serve, and give notice of, the Complaint by:

(1) Publishing notice of the United States' intent to forfeit the Defendant Currency at least once for three (3) successive weeks in the <u>Boston</u> <u>Herald</u> or any other newspaper having a general circulation in this District; and

(2) Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

| | |
|---|---|
| Attorney Ronald Ian Segal<br>23 Central Avenue, Suite 605<br>Lynn, MA 01901 | Eugenio Ferrand<br>1 Hilltop Drive<br>Beverly, MA 01915 |
| Rafael E. Ferrand-Rodriguez<br>167 North Common Street<br>Lynn, MA 01905 | Rafael Rodriguez<br>1 Hilltop Drive<br>Beverly, MA 01915 |
| Rafael E. Ferrand-Rodriguez<br>1 Hilltop Drive<br>Beverly, MA 01915 | Juan Quelis<br>80 Park Street Apt. #4<br>Lynn, MA 01905 |

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed party by hand.

You Are Further Commanded to arrest, attach, inspect and retain the Defendant Currency in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Currency, or assert that the Defendant Currency should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT CURRENCY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210,

WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R. PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, JFK FEDERAL BUILDING, ROOM E-400, 15 NEW SUDBURY STREET, BOSTON, MASSACHUSETTS 02203, ATTENTION ASSET FORFEITURE GROUP.

Sarah A. Thorton,
Clerk U.S. District Court

By: *Marie Bell*
Deputy Clerk
Date: July 22, 2005

APPROVED AND SO ORDERED:

*William G. Young*
United States District Court Judge
Date: July 22, 2005