UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>$100,000 IN UNITED STATES<br>CURRENCY, MORE OR LESS,<br>        Defendant. | **FILED EX PARTE AND UNDER SEAL**<br><br>Civil Action No. 05-11525-WGY |

### SUPPLEMENTAL MOTION TO IMPOUND

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves to impound this motion and to extend until October 1, 2005, the impoundment by this Court, pursuant to Local Rule 7.2, of the following documents filed by the United States in this case:

1. Verified Complaint for Forfeiture In Rem, including the attached Affidavit; and

2. Warrant and Monition.

The initial impoundment, pursuant to the motion allowed by the Court on July 21, 2005, is scheduled to expire on September 1, 2005.

The United States requests that the impoundment not preclude disclosure of such documents by employees, contract employees, and agents of the United States Attorney's Office for the District of Massachusetts, any law enforcement officers involved in the investigation, or the United States Marshal for the District of

Massachusetts or his officers and agents, as necessary to carry out their duties or to comply with Orders of this Court.

As required by Local Rule 7.2, this Supplemental Motion is supported by good cause, as detailed in the Verified Complaint for Forfeiture In Rem and accompanying Affidavit of Patrick B. Dorsey, Special Agent of the United States Drug Enforcement Agency, filed on July 19, 2005. See *United States of America v. $100,000 in United States Currency, More or Less*, Civil Action No. 05-11525-WGY (currently held under seal). The United States requests that the relevant documents remain under seal for an additional month based on the facts that the Verified Complaint for Forfeiture In Rem, corresponding Affidavit, and Warrant and Monition contain information relevant to an ongoing criminal investigation, and disclosure of this information may compromise the investigation before it can be concluded.

The United States notes that Rule C(4) of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims, provides that the government must promptly - or within the time that the court allows - give public notice of a civil forfeiture action and arrest in a newspaper designated by court order and having general circulation in the district. The United States requests leave to delay such publication of notice until the impoundment ends.

The requested continued impoundment of the documents in the

2

instant civil forfeiture action is not intended to prevent the government from completing service of process on the Defendant Currency itself in accordance with Rule E(4) of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims, because the Defendant Currency is currently in the custody of the United States and can be served without any public disclosure. The United States requests leave to file its return of service of process on the Defendant Currency under seal pending the conclusion of the impoundment period.

The requested extension of the impoundment of these materials is intended only to preserve the _status quo_ until the ongoing criminal investigation is complete.

WHEREFORE, the United States respectfully requests that this Court impound this Supplemental Motion to Impound and the other materials filed by the United States in this civil forfeiture case until October 1, 2005, or until further Order of the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*
JENNIFER H. ZACKS
RAYFORD FARQUHAR
Assistant U.S. Attorneys
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

Dated: 8/31/05

APPROVED AND SO ORDERED:

*[signature]*
WILLIAM G. YOUNG
Chief United States District Judge

Date: October 4, 2005