UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>$100,000.00 IN<br>UNITED STATES CURRENCY,<br>    Defendant. | **FILED EX PARTE AND UNDER SEAL**<br><br>Civil Action No. 05-11525-WGY |

## MOTION TO UNSEAL CASE

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court unseal the above captioned case. The United States initially sought to seal these filings for a brief period in order to avoid the substantial risk that the information relevant to an ongoing investigation and disclosure of this information may compromise the investigation before it can be concluded.

On July 22, 2005, the United States District Court *Allowed* the Government's Motion to Seal. On August 31, 2005, the Court granted an extension until September 30, 2005. Since that time has now elapsed, the United States now requests that this Court unseal this case and all pleadings so that the instant Warrant and Monition and Verified Complaint may be promptly served upon any individuals having or believed to have an interest in the Defendant Currency pursuant to the Warrant and Monition and Verified Complaint for Forfeiture In Rem.

WHEREFORE, the United States requests that the Court unseal

this case and the all documents filed in this civil matter.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By: _____
                                        JENNIFER H. ZACKS
                                        Assistant U.S. Attorneys
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA  02210
                                        (617) 748-3100

Dated: October 5, 2005


APPROVED AND SO ORDERED:


_____
WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE

Dated: _October 5_____, 2005