# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>05-11525-WGY</u>

UNITED STATES
Plaintiff

v.

$100,000 IN US CURRENCY
Defendant

## NOTICE OF DEFAULT

YOUNG, D.J.

     For failure of the defendant(s) JUAN QUELIS to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant(s) has/have been defaulted on DEC. 16, 2005.

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

December 16, 2005

To: All Counsel