# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                      Civil Action
                                      No: 05-11525-WGY

UNITED STATES
Plaintiff

v.

$100,000 IN US CURRENCY
Defendant

## NOTICE OF DEFAULT

YOUNG, D.J.

      For failure of the defendant(s) RAFAEL RODRIGUEZ, a/k/a Rafael E. Ferrand-Rodriguez, Eugenio Ferrand, Rafael E. Ferand-Rodriguez, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant(s) has/have been defaulted on DEC. 16, 2005.

                                      By the Court,

                                      /s/ Elizabeth Smith
                                      _____
                                      Deputy Clerk

December 16, 2005

To: All Counsel