UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11525-WGY |
| ) | |
| $100,000.00 IN ) | |
| UNITED STATES CURRENCY, ) | |
| Defendant. ) | |

## UNITED STATES' MOTION FOR FINAL JUDGMENT AND ORDER OF FORFEITURE

The United States of America, by its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for entry of a Final Judgment and Order of Forfeiture, forfeiting $100,000.00 in U.S. Currency, seized on January 19, 2005 from a hidden compartment in a 1998 gray Ford Taurus sedan vehicle, Massachusetts registration 38FW04 (the "Defendant Currency").

In support of this Motion, the Government states that on December 5, 2005, it filed a Motion for Entry of Default and an Affidavit of Jennifer H. Zacks in support of the Motion for Entry of Default. On December 15, 2005, this Court entered a Notice of Default which was recorded on the docket as Document 13. On December 16, 2005, this Court entered Notices of Default (Documents 14 and 15 on the docket) against Juan Quelis and Rafael Rodriguez and all other persons claiming an interest in the Defendant Currency, for their failure to answer or otherwise defend in this action. No responses to the Motion for Entry of Default have been filed as of today, January 3, 2006.

WHEREFORE, the United States of America requests that this Court enter a Final Judgment and Order of Forfeiture, forfeiting the Defendant Currency. A proposed Order is attached.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney,

By:  /S/JENNIFER H. ZACKS
      JENNIFER H. ZACKS
      Assistant U.S. Attorney
      1 Courthouse Way
      Suite 9200
      Boston, MA  02210
      (617) 748-3100

Date: January 3, 2006

## CERTIFICATE OF SERVICE

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing United States' Motion for Final Judgment and Order of Forfeiture, were served upon Attorney Ronald Ian Segal, 23 Central Avenue, Suite 605, Lynn, MA 01901 by first class mail, postage prepaid.

                                            /s/ JENNIFER H. ZACKS
                                            Jennifer H. Zacks
                                            Assistant U.S. Attorney

Date: January 3, 2006

```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
            Plaintiff,       )
                             )
     v.                      )  Civil Action No. 05-11525-WGY
                             )
$100,000.00 IN               )
UNITED STATES CURRENCY,      )
            Defendant.       )
```

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

This Court having allowed Plaintiff's Motion for Entry of Default and having issued a Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the Plaintiff, the United States of America;

2. That the Defendant Currency, described herein as $100,000.00 in U.S. Currency, seized on January 19, 2005 from a hidden compartment in a 1998 gray Ford Taurus sedan vehicle, Massachusetts registration 38FW04 (the "Defendant Currency"), is hereby forfeited to the United States of America pursuant to 21 U.S.C. §881(a)(6);

3. That any claim of interest and any parties claiming any right, title, or interest in or to the Defendant Currency, including Juan Quelis and Rafael Rodriguez, is hereby held in default and dismissed;

4. That the United States of America, through the United States Marshal Service, shall retain the Defendant Currency in its

secure custody and control, and shall dispose of it in accordance with law; and

    5.   That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.


APPROVED AND SO ORDERED:

_____
WILLIAM G. YOUNG
Chief United States District Judge

Date:_____