UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>$100,000.00 IN<br>UNITED STATES CURRENCY,<br>        Defendant. | )<br>)<br>)<br>)  Civil Action No. 05-11525-WGY<br>)<br>)<br>)<br>)<br>) |

### FINAL JUDGMENT AND ORDER OF FORFEITURE

This Court having allowed Plaintiff's Motion for Entry of Default and having issued a Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1.    That judgment be and hereby is entered in favor of the Plaintiff, the United States of America;

2.    That the Defendant Currency, described herein as $100,000.00 in U.S. Currency, seized on January 19, 2005 from a hidden compartment in a 1998 gray Ford Taurus sedan vehicle, Massachusetts registration 38FW04 (the "Defendant Currency"), is hereby forfeited to the United States of America pursuant to 21 U.S.C. §881(a)(6);

3.    That any claim of interest and any parties claiming any right, title, or interest in or to the Defendant Currency, including Juan Quelis and Rafael Rodriguez, is hereby held in default and dismissed;

4.    That the United States of America, through the United States Marshal Service, shall retain the Defendant Currency in its

secure custody and control, and shall dispose of it in accordance with law; and

    5. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

*/s/ William G. Young*
WILLIAM G. YOUNG
~~Chief~~ United States District Judge

Date: January 19, 2006